# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LEONARDO TAUPIER CHEDEBEAU and all others similarly situated under 29 U.S.C. 216(b),<br><br>    Plaintiff,<br>vs.<br><br>EXPO CONVENTION CONTRACTORS, INC.,<br>RICHARD P CURRAN,<br><br>    Defendants. | 18-cv-22442-UNGARO |

## SUMMONS IN A CIVIL ACTION



To:
EXPO CONVENTION CONTRACTORS, INC.
c/o Registered Agent: Richard P Curran
15959 N.W. 15 Avenue
Miami, FL 33169

A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      J.H. Zidell, Esq.
      J.H. Zidell P.A.
     300 71ST Street, Suite 605
     Miami Beach, Florida 33141

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **June 19, 2018**

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Ahlai Israel
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18- 22442

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Expo Convention Contractor, Inc

was received by me on *(date)* 6/20/18 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jenna Mapp (Sec) , who is
designated by law to accept service of process on behalf of *(name of organization)* Expo
Convention Contractor, Inc on *(date)* 6/21/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/21/18

_____
Server's signature

Frank Ayllon
*Printed name and title*

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LEONARDO TAUPIER CHEDEBEAU and all others similarly situated under 29 U.S.C. 216(b),<br><br>    Plaintiff,<br>vs.<br><br>EXPO CONVENTION CONTRACTORS, INC.,<br>RICHARD P CURRAN,<br><br>    Defendants. | 18-cv-22442-UNGARO |



DATE ___ SERVED 6/21/19
TIME ___ 11:55 AM

JENNI MREO
JC-

## SUMMONS IN A CIVIL ACTION

To:
RICHARD P CURRAN
15959 N.W. 15 Avenue
Miami, FL 33169

A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      J.H. Zidell, Esq.
      J.H. Zidell P.A.
    300 71ST Street, Suite 605
    Miami Beach, Florida 33141

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **June 19, 2018**

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Ahlai Israel
Deputy Clerk
U.S. District Courts

699

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

18-22442

This summons for *(name of individual and title, if any)* Christina Coman

was received by me on *(date)* 6/20/18 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Jean Magill (ser), a person of suitable age and discretion who resides there,
on *(date)* 6/21/18 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/21/18

_____
Server's signature

Frank Ayllon
*Printed name and title*

_____
Server's address

Additional information regarding attempted service, etc: