UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LEONARDO TAUPIER CHEDEBEAU | CASE NUMBER |
| PLAINTIFF(S) | 1:18−cv−22442−UU |
| v. | |
| EXPO CONVENTION CONTRACTORS INC.,, et al., | |
| | DEFAULT BY CLERK F.R.Civ.P.55(a) |
| DEFENDANT(S). | |

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Expo Convention Contractors Inc.**
**Richard P Curran**

as of course, on the date July 24, 2018.

STEVEN M. LARIMORE
CLERK OF COURT

By  /s/ *Ketly Pierre*
Deputy Clerk

cc:  Judge Ursula Ungaro
    Leonardo Taupier Chedebeau

DEFAULT BY CLERK F.R.Civ.P.55(a)

CV−37 (10/01)