UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cv-22442-UU

LEONARDO TAUPIER CHEDEBEAU,

    Plaintiff,

v.

EXPO CONVENTION CONTRACTORS INC.,

    Defendant.

_____/

### ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Entry of Default (D.E. 15).

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

Defendants were served with the Amended Complaint on July 9, 2018. D.E. 11. Accordingly, Defendants' responses were due July 23, 2018. Fed. R. Civ. P. 15. Defendants have not responded to the Amended Complaint. Accordingly it is hereby,

ORDERED AND ADJUDGED that the Motion (D.E. 15) is GRANTED. It is further

ORDERED AND ADJUDGED the Clerk SHALL enter default against all Defendants. It is further

ORDERED AND ADJUDGED that Plaintiff SHALL file a Motion for Final Default Judgment against Defendants duly supported by affidavits and other documentation and a proposed Final Order by **Wednesday, August 1, 2018**. Failure to comply with this Order will result in the immediate dismissal of the Complaint.

DONE AND ORDERED in Chambers at Miami, Florida, this _24th_ day of July, 2018.

*[signature]*
_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf